IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| WILLIAM J. NOTARIANNI, II | : | CASE NO.: 5:18-BK-02849-JJT |
| | : | |
| DEBTOR | : | |

**ORDER**

Upon consideration of the Concurred-In Motion of the United States Trustee to Extend the Time to File a Motion to Dismiss Pursuant to 11 U.S.C. § 707(b)(3), and the record as a whole, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. The time for the United States Trustee to file a Motion to Dismiss Pursuant to 11 U.S.C. § 707(b)(3) is extended to Friday, March 1, 2019.